**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROGELIO BERTO MENDEZ,<br><br>        Petitioner,<br><br>        v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 2:25-cv-02062-APG-MDC<br><br>**ORDER TRANSFERRING CASE** |

      This Petition for Writ of Habeas Corpus is related to two putative habeas class actions pending before Judge Boulware in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:25-cv-02062-APG-MDC to the judge to whom the earliest-filed action is assigned for all further proceedings.

///

///

///

1    For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. Case No. 2:25-cv-02062-APG-MDC to Judge Richard F. Boulware, II.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively **RELATE** this case to Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

**DATED:** October 24, 2025.

_____  _____
**RICHARD F. BOULWARE, II.**           **ANDREW P. GORDON**
UNITED STATES DISTRICT JUDGE        CHIEF UNITED STATES DISTRICT JUDGE